MADDOX, administrator, *v.* STEWART & BROTHER.

LUMPKIN, J.  1. Under the peculiar facts of this case, there was no abuse of discretion in refusing to grant an injunction.

2. While some of the evidence admitted was subject to objection, its admission was not such error as to require a reversal, under the facts of the case.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

Submitted July 18, 1906.—Decided February 15, 1907.

Petition for injunction. Before Judge Parker. Coffee superior court. May 16, 1906.

*S. C. Townsend,* for plaintiff.

*F. Willis Dart* and *W. T. Dickerson,* for defendants.